**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00004-CV

---

**PEREGRINE OIL & GAS II, LLC, Appellant**

**V.**

**JAB ENERGY SOLUTIONS II, LLC, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-35327**

---

## MEMORANDUM  OPINION

Both parties appealed from a judgment signed October 5, 2017. On March 5, 2019, the parties filed a joint motion to dismiss both appeals and release the supersedeas bond posted on behalf of appellant Peregrine Oil & Gas II, LLC. *See* Tex. R. App. P. 42.1. We grant the motion to dismiss.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.